United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HARDEEP SINGH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-282 |
| | § | |
| WARDEN OF THE PORT ISABEL | § | |
| SERVICE DETENTION CENTER *et al.* | § | |

## ORDER

Before the Court is Petitioner Hardeep Singh's Petition for Writ of Habeas Corpus (Dkt. No. 1). Upon review, the petition appears duplicative of a filing in this district, which is currently pending in the Brownsville Division. Given concurrent litigation's implications, the Court requires immediate clarity.

On November 13, 2025, Gurpreet Kaur, the same counsel as in this case, filed a petition for Hardeep Singh asserting identical claims for relief as here (Dkt. No. 1 at 20–25). *See Singh v. Warden of the Port Isabel Service Detention Center*, 1:25-cv-281 (S.D. Tex. filed Nov. 13, 2025), Dkt. No. 1. Namely, the facts in both petitions assert that he is a "21-year-old native and citizen of India," who "entered the United States through the southern border on or about August 25, 2023," and "remains detained at the Port Isabel Service Detention Center and faces removal" (Dkt. No. 1 at 19). *Singh*, 1:25-cv-281, Dkt. No. 1 at 19. Since the detention center is located in the Brownsville Division of the Southern District of Texas, United States Magistrate Judge Christopher dos Santos entered an order transferring the case to the Brownsville Division. *Singh*, 1:25-cv-281, Dkt. No. 13. That case remains pending before United States District Judge Rolando Olvera.

1

The Fifth Circuit is clear that a duplicative complaint may be summarily dismissed. *Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993); *Wilson v. Lynaugh*, 878 F.2d 846, 849 (5th Cir.), *cert. denied*, 493 U.S. 969 (1989). Courts have applied this principle to habeas petitions. *See Massaquoi v. U S Immigr. & Customs Enf't*, No. 1:25-CV-00371, 2025 WL 2252594, at *1 (W.D. La. July 15, 2025) (recommending dismissal of a § 2241 petition as duplicative), *report and recommendation adopted sub nom.*, *Massaquoi v. US Immigr. & Customs Enf't*, No. 1:25-CV-00371 SEC P, 2025 WL 2248943 (W.D. La. Aug. 6, 2025); *see also Brock v. Cockrell*, No. CIV.A. 303CV0340M, 2003 WL 21418792, at *1 (N.D. Tex. Mar. 26, 2003) (recommending dismissal when petitioner challenges the same claim that is pending in a different division within the same district). The Court has reason to believe Petitioner may be the same Hardeep Singh whose case is currently pending in the Brownsville Division, in which case this case would be subject to dismissal. *Pittman*, 980 F.2d at 995; *Wilson*, 878 F.2d at 849.

In light of the foregoing, the Court requires clarity. Petitioner is **ORDERED** to file an advisory, specifically addressing whether the Petitioner named in this case is identical to the one pending in the Brownsville Division, by **January 5, 2026.** **Failure to comply may result in *sua sponte* dismissal of this action.** *See Davoodi v. Austin Indep. Sch. Dist.*, 755 F.3d 307, 310 (5th Cir. 2014) (generally, courts may *sua sponte* dismiss a case if they provide "both notice of the court's intention and an opportunity to respond" (quoting *Lozano v. Ocwen Federal Bank, FSB*, 489 F.3d 636, 643 (5th Cir. 2007))).

It is so **ORDERED**.

**SIGNED** December 30, 2025.

                                                       Marina Garcia Marmolejo
                                                     United States District Judge