United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HARDEEP SINGH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-282 |
| | § | |
| WARDEN OF THE PORT ISABEL | § | |
| SERVICE DETENTION CENTER *et* | § | |
| *al.* | § | |

## ORDER

The Court referred a show-cause hearing to United States Magistrate Judge Brian C. Bajew (Dkt. No. 8). In his report and recommendation, Judge Bajew recommends Ms. Kaur, within forty-five days, complete continuing legal education consisting of: (1) two hours on case administration or management, (2) one hour on federal court practice, and (3) one hour on federal petitions for habeas corpus (*see* Dkt. No. 13 at 7). Petitioner's counsel did not file objections to Judge Bajew's report within the 14-day objection period.

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 13) as the findings and conclusions of the Court. Accordingly, Petitioner's counsel is **ORDERED** to complete and provide proof of the above referenced continuing legal education by **May 25, 2026**.

It is so **ORDERED**.

**SIGNED** April 10, 2026.

Marina Garcia Marmolejo
United States District Judge